E-FILED; Calvert Circuit Court
Docket: 12/15/2020 2:26 PM; Submission: 12/15/2020 2:26 PM

## IN THE CIRCUIT COURT FOR CALVERT COUNTY, MARYLAND

KUCHAN DENT                                           *
82 Central Drive
Prince Frederick, MD 20678                            *

                                                      *

    Plaintiff                     *

                                                      *

vs.                              Case No.:    C-04-CV-20-000397

                                                      *

WALMART INC.                                          *
F/K/A WAL-MART STORES, INC.
701 South Walton Boulevard                            *
Bentonville, Arkansas 72716
                                                      *

SERVE ON: Resident Agent                              *
      The Corporation Trust, Incorporated
      2405 York Road, Suite 201          *
      Lutherville, Maryland 21093
                                                      *

and                                                   *

WAL-MART STORES EAST LP                               *
702 SW 8th Street
Bentonville, Arkansas 72716                           *

SERVE ON: Resident Agent                              *
      The Corporation Trust, Incorporated
      2405 York Road, Suite 201          *
      Lutherville, Maryland 21093
                                                      *

and                                                   *

WAL-MART REAL ESTATE BUSINESS TRUST                   *
702 SW 8th Street
Bentonville, Arkansas 72716                           *

SERVE ON: Resident Agent                              *
      The Corporation Trust, Incorporated
      2405 York Road, Suite 201          *
      Lutherville, Maryland 21093
                                                      *

and                                                   *

HOTEL AMBASSADOR CO.                                  *
C/O WAL-MART STORES INC
PO BOX 8050 0555                                      *
Bentonville AR 72712-8050

SERVE ON: Resident Agent
             The Corporation Trust, Incorporated       *
             2405 York Road, Suite 201              *
             Lutherville, Maryland 21093
                                        *

             Defendants

     *     *     *     *     *     *     *     *     *     *     *     *     *     *     *

## COMPLAINT AND ELECTION FOR JURY TRIAL

The Plaintiff, Kuchan Dent, by and through her attorney, Blaine M. Kolker and Silver Kolker LLP, sues the Defendants, Walmart Inc. (f/k/a Wal-Mart Stores, Inc.), and Wal-Mart Stores East, LP, Wal-Mart Real Estate Business Trust and Hotel Ambassador Co., and for reasons states as follows:

1.     On or about December 16, 2017, at approximately 10:30 p.m., the Plaintiff, Kuchan Dent, had occasion to be on the property of the the business establishment of the Defendant, Walmart Inc., Wal-Mart Stores East LP, Wal-Mart Real Estate Business Trust and/or Hotel Ambassador Co., that premises being known as the Wal-Mart store with a listed location of 150 Solomons Island Road, N. Prince Frederick, Maryland.

2.     At or about the same time and place aforesaid, while the Plaintiff, Kuchan Dent, was traversing the parking lot in on a marked cross walk area of said Defendants' premises, and solely as a result of the negligence and carelessness of the Defendants, Walmart Inc., Wal-Mart Stores East LP, Wal-Mart Real Estate Business Trust and/or Hotel Ambassador Co., in permitting the premises to be and continue in an irregular, defective and dangerous condition and in particular allowing the causing the Plaintiff to trip and fall in and about the said Defendants' premises and sustain the injuries hereinafter alleged.

3.     At all times relevant hereto, the said Defendants, Walmart Inc., Wal-Mart Stores East, LP, Wal-Mart Real Estate Business Trust and/or Hotel Ambassador Co., through their agents, servants, and employees, owned, operated, maintained, controlled, repaired and otherwise tended to the premises and were chargeable with the duties of

maintaining the same in a proper and safe condition commensurate with the safety of the public at large, and all persons progressing and traveling through such the Defendants' store, and more particularly, the Plaintiff herein.

4.     At all times relevant hereto, the Plaintiff was lawfully in and about the premises of the Defendants by virtue of the general invitation of the Defendants and such presence of the Plaintiff was otherwise lawful and as a business invitee and was owed a duty by the Defendants to maintain the premises in a safe and unharzardous condition.

5.     The Plaintiff was caused to be injured, trip and fall, suddenly in a manner that caused injury her body, all of which occurred solely as a result of the carelessness, recklessness, and negligence of the Defendant, Walmart Inc., Walmart Stores East, LP, Wal-Mart Real Estate Buisness Trust and/or Hotel Ambassador Co., through their agents, servants, and employees, in the ownership, operation, management, control, maintenance and repair of said premises in allowing the premises to remain in an unsafe and dangerous condition, so as to endanger the life and limbs of persons having occasion to be shopping at said premises and more particularly, the Plaintiff herein in breach of their duty to said Plaintiff.

### COUNT I

6.     The allegations of fact set forth above are adopted herein and made a part hereof.  The Plaintiff, Kuchan Dent, further says:

7.     The Defendants, Walmart Inc., Wal-Mart Stores East LP, Wal-Mart Real Estate Business Trust, and/or Hotel Ambassador Co.,  through their agents, servants, and employees, breached their duty of care to the Plaintiff and were negligent in:

(a)     Maintaining the Premises in such a way that it was likely to cause injury to persons lawfully on the premises, and more particularly, the Plaintiff herein;

(b)     Allowing the presence of an unsafe and dangerous condition to exist in the area in question;

3

(c)     Failing to warn the Plaintiff of the conditions;

(d)     Failing to maintain warning signs or signals to caution or avoid usage of persons likely to be in the area, and more particularly, the Plaintiff herein;

(e)     Failing to barricade the dangerous and unsafe condition in the area in question, so as to warn persons lawfully in the area, and more particularly, the Plaintiff herein, of the dangerous and unsafe condition;

(f)     Allowing to walkway to remain and in dangerous, irregular and defective condition which posed a tripping hazard;

(g)     Failing to maintain, manage, operate, supervise and/or control the premises in question so as to keep same in a safe and passable condition; and

(h)     Failing to supervise the maintenance of the area in question;

(i)     The Defendants, through their agents, servants and/or employees, otherwise acted in a careless, reckless and negligent manner.

8.     As a direct result of the negligence of the Defendants, Walmart Inc., Wal-Mart Stores LP, Wal-Mart Real Estate Business Trust and/or Hotel Ambassador Co., through their agents, servants, and employees, the Plaintiff was suddenly and violently thrown to the ground while in and about the premises of the Defendants.

9.     As a direct and proximate result thereof, the Plaintiff suffered, is suffering, and will continue to suffer severe pain and injuries to her head, body and limbs, as well as severe and protracted shock to her nervous system, all of which have caused, is causing, and will continue to cause her great pain and mental anguish.

10.     As a further direct result of the negligence of the Defendants, Walmart Inc., Wal-Mart Stores East, LP, Wal-Mart Real Estate Business Trust and/or Hotel Ambassador, Co., through their agents, servants, and employees, the Plaintiff has been forced to expend large sums of money for the medical care and treatment of the aforesaid injuries.

4

Additionally, the Plaintiff has been forced to lose time from her usual activities, duties and pursuits.

11.     The Plaintiff says that all of her injuries, damages and other losses were caused by reason of the negligence of the Defendants, Walmart Inc., Walmart Stores, LP, Wal-Mart Real Estate Business Trust and/or Hotel Ambassador Co., without any negligence on the part of the Plaintiff contributing thereto.

**WHEREFORE**, the Plaintiff, Kuchan Dent, demands judgment against the Defendants, Walmart Inc., Wal-Mart Stores East, LP, Wal-Mart Real Estate Business Trust and/or Hotel Ambassador Co., and each of them, jointly and severally, in the amount of **IN EXCESS OF SEVENTY FIVE THOUSAND ($75,000.00) DOLLARS** damages, together with the costs of this action and for such other and further relief as deemed just and proper.

Silver Kolker LLP

/s/ Blaine M. Kolker
Blaine M. Kolker, Esq.
(CPF#9412140122)
1120 St. Paul Street
Suite Two North
Baltimore, Maryland 21202
(410) 625-8800
bkolker@silverkolkerlaw.com
*Attorney for Plaintiff*

## DEMAND FOR JURY TRIAL

The Plaintiff demands a trial by jury as to all issues raised herein.

/s/ Blaine M. Kolker
Blaine M. Kolker
Attorney for Plaintiff